# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                 **CASE NO. 4:20-CR-302-BRW-1**

**EDUARDO MOCTEZUMA CUELLAR**                              **DEFENDANT**

## **ORDER**

Defendant Eduardo Moctezuma Cuellar appeared with counsel KenDrell Collins for a bond hearing on November 2, 2020. The Government was represented by Assistant United States Attorney Amanda Fields.

This is a presumption-for-detention case as defined under 18 U.S.C. § 3142(f). After considering the pretrial services report and the argument of counsel, the Court finds by clear and convincing evidence that no conditions will reasonably ensure the safety of the community. This finding is based on the nature and circumstances of the instant offense, and Mr. Cuellar's criminal history, which includes repeated instances of domestic violence.

Mr. Cuellar is remanded to the custody of the United States Marshal for detention pending trial or other resolution of his case. He must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED, this 3rd day of November, 2020.

                                                       _____
                                                   UNITED STATES MAGISTRATE JUDGE