IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:20-CR-00302-01-BRW

EDUARDO CUELLAR

## ORDER

Defendant's Motion to Reduce Sentence and Appoint Counsel is (Doc. No. 115) is DENIED.

Defendant requests the application of the retroactive Amendment 821 regarding "zero point" criminal history.  However, Defendant's criminal history was three, not zero.

IT IS SO ORDERED this 15th day of November, 2023.

        Billy Roy Wilson
       UNITED STATES DISTRICT JUDGE